FILED
CLERK, U.S.D.

DEC 5 2008

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Espinosa, Guillermo Enrique Melendez DEFENDANT(S). | CASE NUMBER SA08-670 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Monday  12/8/08__, at __2:00__ ☐a.m. /☒p.m. before the Honorable __Robert Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/5/08__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge